AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| KENNETH JEROME PINKNEY, | ) Case No. 23-MJ-6619-STRAUSS |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 24, 2023, in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111 | Assault of a Federal Employee |

FILED BY __AT__ D.C.

Dec 29, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Ronnie Bobbitt, FBI Special Agent
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __FaceTime__

*Judge's signature*

Date: December 29, 2023

City and state: Fort Lauderdale, Florida

Jared Strauss, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Ronnie Yvette Bobbitt, being first duly sworn, hereby depose and state as follows:

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 111 of Title 18 United States Code. I joined the FBI in February 1992 as professional support and then became a Special Agent in November 2004. While employed by the FBI as a Special Agent, I have specialized in investigations involving Public Corruption, Civil Rights, Narcotics Trafficking and Organized Crime. I am currently assigned to the FBI's Miami Division, working in Miramar, Florida. My official duties include, but are not limited to, investigating individuals and groups who are suspected of committing violations of Federal laws related to making threats and otherwise infringing upon the civil rights of others. As a Special Agent, I have participated in numerous investigations and have executed both arrest and search warrants.

2. This affidavit is submitted in support of a criminal complaint charging the defendant with assaulting, resisting, or impeding a federal employee, in violation of Title 18 United States Code Sections 111[1] and 1114.[2] The statements contained in this affidavit are

---

[1] 18 U.S.C. 111
(a) In General.—Whoever—
(1) forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties, or…

[2] 18 U.S.C. 1114
(a)   In General.--… any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties or on account of that assistance…

1

based on my personal knowledge, as well as information relayed to me by other law enforcement officials, and information obtained from interviews or individuals familiar with the events described herein or who are familiar with the defendant and the victim of the crime.

3. I have not included every fact known to me about this investigation in this affidavit. Rather, I have included only those facts that are sufficient to establish probable cause for the issuance of a criminal complaint against Kenneth Jerome PINKNEY for the above-described violation.

4. On October 24, 2023, the victim, a 47 year old female, was employed as a United States Postal Service (USPS) worker. The victim was driving a clearly marked USPS truck upon the public roadways. Her duties that day included the delivery of mail in Broward County, Florida. The victim was in a clearly marked USPS uniform. The victim is Muslim and was also wearing a hijab. A hijab is a head scarf worn by some Muslim women in observance of the Islamic religion. The purpose of the hijab is to cover a woman's hair and neck.

5. Approximately two and a half hours into her route she stopped the USPS truck and exited the same with mail in her hand for delivery. A man subsequently identified as PINKNEY was on bicycle and approached and then passed her. PINKNEY was speaking as he passed her, but the victim could not make out what he was saying. While still in motion, PINKNEY made a hand gesture towards her in the shape of a firearm using two fingers to represent the barrel of a gun. At first, the victim believed that PINKNEY's gesture meant he was asking for food or water. The victim then asked PINKNEY if she could help him.

6. PINKNEY, who by now had slightly passed the victim and the mail truck, turned his bicycle around and pointed the gesturing hand toward her more assertively. PINKNEY

continued to ride his bicycle directly towards the victim, then got off the bicycle and walked toward the victim. PINKNEY made statements about wanting a firearm at that moment and that the victim should leave the country. All this time, PINKNEY continued to make the same hand gesture. The victim turned and faced the USPS truck and felt PINKNEY tap her with two fingers on the back of her head as he made statements that the victim should leave the country multiple times while tapping the victim on the back of the head.

7.      The victim entered the USPS truck and sat in the driver's seat. PINKNEY continued to make statements that the victim should leave the country PINKNEY spit on the image of the eagle of the side of the USPS truck. PINKNEY then spit on the victim. The victim was nervous and scared. PINKNEY reached into the truck and pulled at the victim's ankle and leg in an unsuccessful attempt to yank her from the USPS truck. The victim, who had herniated spinal discs, felt pain in her sciatic nerve when PINKNEY pulled on her leg.

8.      PINKNEY then entered the truck and grabbed the victim's neck with one hand and placed his other hand on her hijab. While in the vehicle, PINKNEY tried to remove the hijab off the victim by pulling it down her face. She physically resisted. Unable to remove the hijab in this fashion, PINKNEY then lifted the hijab up past the victim's face toward the back of the victim's head. PINKNEY succeeded in removing the hijab and revealing the victim's hair. PINKNEY and the victim struggled over the hijab inside the vehicle, and PINKNEY released it but started pulling at her USPS apron. The victim put her hijab back on her head. The victim felt pain in her shoulder and elbow as a result of trying to get away from PINKNEY in the truck. The victim felt trapped in the truck, so she exited. Throughout the altercation, PINKNEY made derogatory statements about the victim's religion.

9. Once the victim and PINKNEY were out of the vehicle, PINKNEY hit the victim as he said continued to make the derogatory statements. In the struggle, the victim grabbed onto the collar of PINKNEY's shirt ripping PINKNEY's shirt as they separated again.

10. Once they separated, the victim said she was going to call 9-1-1, and headed back into the vehicle to retrieve her cellular telephone. PINKNEY indicated that he also was going to call 9-1-1, and he stayed near the truck for several minutes before riding away on his bicycle. The victim followed PINKNEY in the USPS vehicle as she was on the phone with a 9-1-1 dispatcher. She provided the dispatcher with a description. The dispatcher instructed the victim to stop following PINKNEY and she did. PINKNEY continued to ride his bicycle away from the area.

11. Law enforcement officers met with the victim shortly thereafter and obtained information from her related to the events described herein and a description of her assailant. Based on this and other information, and PINKNEY's own 9-1-1 call, officers located PINKNEY on the premises of an apartment complex in Broward County, Florida. PINKNEY was wearing a ripped shirt. PINKNEY affirmed that he was the 9-1-1 caller and that he was involved in an altercation with a USPS worker. However, he claimed that the victim initiated the altercation by saying derogatory things about his family.

12. As a result of the physical contact described above, the victim suffered pain in several parts of her body and had bleeding scratches on her face.

[INTENTIONALLY LEFT BLANK]

13. Officers eventually arrested PINKNEY on state offenses, including battery.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

*SA Ronnie Bobbitt*
Special Agent Ronnie Yvette Bobbitt
Federal Bureau of Investigation

Attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone this 29th day of December 2023.

*Jared Strauss*
Honorable Judge J. Strauss
United States Magistrate Judge